| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>BROIDY CAPITAL MANAGEMENT LLC<br>and ELLIOTT BROIDY,<br><br>                 Movants,<br><br>      -v-<br><br>JOSEPH ALLAHAM,<br><br>                 Respondent.<br>-------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: June 15, 2018<br><br><br>18-mc-240 (KBF)<br><br>ORDER |

KATHERINE B. FORREST, District Judge:

The parties have raised several disputes in ECF Nos. 11, 12, and 13. By memo endorsement, the Court has addressed the protective order issue and has declined to schedule a hearing. The Court is aware that there may be outstanding issues as to (1) subpoena compliance and (2) whether there has been a meet and confer. The parties are directed to meet and confer thoroughly **not later than June 20, 2018**. If a conference is necessary thereafter, the parties shall inform the Court by letter filed on the docket **not later than June 21, 2018**. The parties shall also submit letters laying out their positions as to compliance and outlining the relief sought.

SO ORDERED.

Dated:    New York, New York
            June 15, 2018

                                                     _____
                                                     KATHERINE B. FORREST
                                                     United States District Judge